IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Case No. 4:10-CR-070-BLW |
| Plaintiff, | ) | |
| | ) | **ORDER GRANTING** |
| v. | ) | **MOTION TO CONTINUE** |
| | ) | **REVOCATION HEARING** |
| GILBERT DOMINGUEZ, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

The Court has before it defendant's motion to continue his supervised release revocation hearing. (Docket No. 200). Finding good cause therefore,

NOW THEREFORE IT IS HEREBY ORDERED, that the motion to continue (docket no. 200) is GRANTED. The revocation hearing for defendant Gilbert Dominguez shall be moved to **May 27, 2015, at 2:00 pm in the Federal Courthouse in Boise Idaho**. Because this continuance is being granted at the defendant's request, the continued supervised release hearing shall be considered to be conducted within a "reasonable time" for purposes of Fed.R.Crim.P. 32.1(b)(2).

DATED: April 28, 2015

_____
B. Lynn Winmill
Chief Judge
United States District Court